LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIE L. ANDERSON, SR., N.C., a minor by and through her Guardian ad Litem RICHARD CARTER, and the ESTATE OF LEE ESTHER ANDERSON, by and through its successor in interest Willie L. Anderson,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, GREGORY AHERN and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 4:22-cv-01577-DMR<br><br>**JOINT STIPULATION AND ORDER (AS MODIFIED) RE PRETRIAL DEADLINES**<br><br>**Assigned to the Honorable Donna M. Ryu**<br><br>Action Filed:  March 14, 2022<br>Trial Date:     April 15, 2024 |

Pursuant to the parties' meet and confer discussions, the parties hereby jointly stipulate and request the Court enter an order as follows:

1. Whereas the parties are scheduled to participate in a settlement conference with Hon. Laurel Beeler on November 15, 2023;

2. Whereas the parties have conferred in advance of the settlement conference regarding the prospects of settling the case at the conference;

3. Good cause exists to modify the deadlines in accordance with the below schedule, as it would provide the parties with the best possible chance of settling this case at the conference and complete all pretrial filings in accordance with the Federal

1

1  Rules of Civil Procedure in the event that the case does not settle at the conference.
2  The parties respectfully submit that this modification better allows them to prepare
3  for both the settlement conference and trial without incurring unnecessary expense.

| Deadline | Current | Proposed |
|---|---|---|
| Expert Disclosures | November 14, 2023 | December 1, 2023 |
| *Settlement Conference* | *November 15, 2023* | *n/a* |
| Rebuttal Expert Disclosure | November 28, 2023 | December 14, 2023 |
| Expert Discovery Cutoff | December 12, 2023 | January 9, 2023 |
| Last Day to Hear Dispositive Motions | January 11, 2024 | February 1, 2024 |
| Pretrial Conference | March 20, 2024 | n/a |
| Trial | April 1, 2024 | n/a |

17      It is hereby stipulated by and between the undersigned counsel to jointly
18  request the Court issue the below order.
19      IT IS SO STIPULATED.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT STIPULATION AND ORDER (AS MODIFIED) RE PRETRIAL DEADLINES
CASE NO. 4:22-cv-01577-DMR

1   Dated: September 25, 2023         WALKUP, MELODIA, KELLY & SCHOENBERGER

                                      By:     /S/
                                          KHALDOUN A. BAGHDADI
                                          KELLY L. GANCI
                                          Attorneys for PLAINTIFFS

Dated: September 25, 2023             EDRINGTON SCHIRMER & MURPHY


                                      By:     /S/
                                          TIMOTHY MURPHY
                                          Attorneys for DEFENDANTS

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3
JOINT STIPULATION AND ORDER (AS MODIFIED) RE PRETRIAL DEADLINES
CASE NO. 4:22-cv-01577-DMR

# ORDER (AS MODIFIED)

Having considered the stipulated request of the parties, the Court orders as follows:

Good cause having been shown, and in light of the stipulation of the parties, the Court hereby approves the requested modification to the pretrial deadlines and adopts the following schedule:

| Deadline | Current | Reset to |
| --- | --- | --- |
| Expert Disclosures | November 14, 2023 | December 1, 2023 |
| *Settlement Conference* | *November 15, 2023* | *n/a* |
| Rebuttal Expert Disclosure | November 28, 2023 | December 14, 2023 |
| Expert Discovery Cutoff | December 12, 2023 | January 2, **2024** |
| Last Day to Hear Dispositive Motions | January 11, 2024 | February **8**, 2024 |
| Pretrial Conference | March 20, 2024 | n/a |
| Trial | April 1, 2024 | n/a |

**IT IS SO ORDERED AS MODIFIED.**

Date: September 26, 2023



_____
Hon. Donna M. Ryu
Chief Magistrate Judge
...